UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------x

DALE LAYNE, on behalf of himself and all others similarly situated,

                    Civil Action No:
                    1:25-cv-1768

                    Plaintiff,


        -v.-

LEROYS PLACE, LLC


                    Defendants.
---------------------------------------------------------------------------x

## **NOTICE OF VOLUNTARY DISMISSAL**

IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney, that

whereas no party hereto is an infant, incompetent person for whom a committee has been

appointed or conservatee, and no person not a party has an interest in the subject matter of the

action, that the above entitled action specifically with regard to Defendant shall be and hereby

is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's

fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and

that a dismissal with prejudice may be entered in the above entitled action pursuant hereto.


Dated: June 30, 2025                    Respectfully Submitted,


                    */s/Rami Salim*
                    Rami Salim, Esq.
                    **Stein Saks, PLLC**
                    One University Plaza
                    Hackensack, NJ 07601
                    rsalim@steinsakslegal.com
                    Tel. 201-282-6500
                    Fax 201-282-6501
                    *Attorneys for Plaintiff*

**<u>Certificate of Service</u>**

I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record. I also emailed this Notice to all parties who have not made an appearance in this case.

This 30th day of June 2025                    Respectfully Submitted,

_/s/ Rami Salim_
Rami Salim